PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS GALVAN,<br><br>Defendant. | CASE NO. 1:17-CR-00278-JLT-SKO<br><br>STIPULATION CONTINUING STATUS CONFERENCE; ORDER<br><br>DATE: July 14, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

**STIPULATION**

United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on July 14, 2023, at 2:00 p.m.

2. By this stipulation, the parties now move to continue the status conference until July 24, 2023, at 2:00 p.m. before the duty magistrate judge.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The defendant and his counsel requests a continuance to July 24, 2023, to allow additional time to review and discuss the case, as well as to confer with probation and government counsel regarding potential resolution.

///

STIPULATION CONTINUING STATUS CONFERENCE         1

b)	The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  July 11, 2023				PHILLIP A. TALBERT
						United States Attorney


						/s/ BRITTANY M. GUNTER
						BRITTANY M. GUNTER
						Assistant United States Attorney


Dated:  July 11, 2023				/s/ ADILENE FLORES ESTRADA
						ADILENE FLORES ESTRADA
						Counsel for Defendant
						LUIS GALVAN

### ORDER

The Courts grants the parties' stipulation and proposed order to continue the status conference on violation of supervised release, currently noticed for July 14, 2023, to July 24, 2023, at 2:00 p.m. before the duty magistrate judge.

IT IS SO ORDERED.

Dated:   **July 11, 2023**			/s/ Erica P. Grosjean
						UNITED STATES MAGISTRATE JUDGE

STIPULATION CONTINUING STATUS CONFERENCE			2