IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LUIS GALVAN,<br><br>　　　　　Defendant. | Case No.:  1:17-CR-00278-005 JLT SKO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on August 21, 2023, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **August 21, 2023**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE