ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:17-CR-00278-TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING ADMIT/DENY HEARING |
| v. | DATE: January 15, 2026 |
| LUIS GALVAN, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Admit/Deny hearing in this matter was set for January 15, 2026.

2. On January 12, 2026, the probation office informed the parties that, based on new information, a superseding petition in this matter would have to be filed.  The parties anticipate the new petition will be filed early next week.

3. To accommodate an initial appearance on the superseding petition and provide Defendant with sufficient time to meet with his attorney and discuss potential resolution to the superseding Petition, the parties jointly request that the currently scheduled Admit/Deny hearing be continued until February 12, 2026.

///

STIPULATION AND ORDER CONTINUING
ADMIT/DENY HEARING

1

IT IS SO STIPULATED.

Dated:  January 13, 2026                    ERIC GRANT
                                            United States Attorney

                                            /s/ *J. DOUGLAS HARMAN*
                                            J. DOUGLAS HARMAN
                                            Assistant United States Attorney

Dated:  January 13, 2026                    /s/ *TAMARA SOLOMON*
                                            TAMARA SOLOMON
                                            Counsel for Defendant
                                            Luis Galvan

**ORDER**

Based upon the agreement of the parties, the Court adopts the proposed stipulation to continue the Admit/Deny hearing. IT IS HEREBY ORDERED that the disposition hearing scheduled for January 15, 2026, is continued until February 12, 2026, at 9:30 a.m.

DATED: January 14, 2026

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER CONTINUING
ADMIT/DENY HEARING

2